**UNKNOWN HEIRS OF F. H. HOLLOWAY et al., Appellants, v. I. H. ELLINGTON et al., Appellees.**

No. 2991.

Court of Civil Appeals of Texas. Beaumont.

April 16, 1937.

Rehearing Denied April 21, 1937.

Llewellyn & Dougharty, of Liberty, for appellants.

P. C. Matthews, of Liberty, for appellees.

COMBS, Justice.

The controlling facts and the law questions involved are the same in this case as in F. H. Holloway et al. v. L. B. Whatley et al. (Tex.Civ.App.) 104 S.W.(2d) 646, this day decided. On the authority of that case, the judgment of the trial court is affirmed.